UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOLANDA ESPINOZA (1),<br>RUBEN DANIEL CHAVEZ JR. (2),<br><br>Defendants. | CASE NO.   3:21-cr-03235-JLS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the motion to continue the motion hearing/trial setting in this matter is **Granted**; the hearing now scheduled for January 28, 2022 shall be continued until Friday, March 25, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   January 26, 2022

Hon. Janis L. Sammartino
United States District Judge