UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Yolanda Espinoza (1),<br>Ruben Daniel Chavez Jr. (2),<br>　　　　　Defendants. | CASE NO.:   21-CR-3235-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

　　　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for September 9, 2022, at 1:30 p.m. be continued to October 28, 2022, at 1:30 p.m.  The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A) because counsel for defendants need time to review discovery and to meet with defendants.

　　　　**IT IS SO ORDERED**.

Dated:  September 7, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge