UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   21-CR-3235-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| YOLANDA ESPINOZA (1), RUBEN DANIEL CHAVEZ, JR. (2), | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendants. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for October 28, 2022, at 1:30 p.m. be continued to December 2, 2022, at 1:30 p.m. The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A), because counsel for defendants need time to review discovery and the government's plea deal with them.

**IT IS SO ORDERED**.

Dated: October 25, 2022

Hon. Janis L. Sammartino
United States District Judge